# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

Jeffrey W. Tuttle

        Plaintiff(s),

vs.

Harris Teeter, LLC; Harris Teeter Supermarkets, Inc.; Harris Teeter Long Term Disability Plan   Defendant(s).

Case No. 3:18-CV-00449-GCM-DCK

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

ONLY ONE FORM NEED BE COMPLETED FOR EACH NONGOVERNMENTAL PARTY EVEN IF THE PARTY IS REPRESENTED BY MORE THAN ONE ATTORNEY. DISCLOSURES MUST BE FILED ON BEHALF OF INDIVIDUAL NONGOVERNMENTAL PARTIES AS WELL AS NONGOVERNMENTAL CORPORATE PARTIES. COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION. PLEASE FILE AN ORIGINAL AND ONE COPY OF THIS FORM. PLAINTIFF OR MOVING PARTY MUST SERVE THIS ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICE IS MADE.

Harris Teeter, LLC who is   Defendant  ,
(Name of party.)     (Plaintiff/moving party or defendant)

makes the following disclosure:

1.  Is party a publicly held corporation or other publicly held entity?
    ( ) Yes        (✓) No

2.  Does party have any parent corporations?
    (✓) Yes        ( ) No
    If yes, identify all parent corporations, including grandparent and great-grandparent corporations: Harris Teeter Supermarkets, Inc. is the sole Member of Harris Teeter, LLC. The Kroger Co. owns 100% of stock of Harris Teeter Supermarkets, Inc.

3.  Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly

held entity ?
     (✓) Yes              ( ) No

If yes, identify all such

owners: The Kroger Co. is a publicly held corporation + owns 100% of the stock of Harris Teeter Supermarkets, Inc, which is the sole member of Harris Teeter, LLC.

4.     Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?
     ( ) Yes           (✓) No
If yes, identify entity and nature of interest:_____

_____Jauyn P Moore_____     _____8/16/18_____
     (Signature)                (Date)
Vice President, Harris Teeter, LLC

(02/01)

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for the opposing party in the foregoing matter with a copy of the foregoing pleading by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon as follows:

Thomas D. Bumgardner
Law Office of Thomas D. Bumgardner, PLLC
13850 Ballantyne Corporate Place, Suite 500
Charlotte, NC 28277

Elisa Chinn-Gary
Clerk of Superior Court
P.O. Box 37971
Charlotte, NC 28237

*Attorney for Plaintiff*

This 17th day of August, 2018.

*/s/ Elizabeth J. Bondurant*
Elizabeth J. Bondurant